UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  21-cv-60380-DIMITROULEAS/Snow

JOSHUA GOLDSTEIN,

    Plaintiff,

vs.

STANLEY BLACK & DECKER, INC., BLACK
& DECKER (U.S.) INC., and HOME DEPOT
U.S.A. INC.,

    Defendants.
_____

**DEFENDANT HOME DEPOT U.S.A., INC.'S
CORPORATE DISCLOSURE STATEMENT**

    Defendant Home Depot U.S.A., Inc., ("Home Depot") respectfully submits its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, as follows:

    Home Depot U.S.A., Inc. is a subsidiary of The Home Depot, Inc., the parent company and publicly held corporation which owns 100% of its capital stock.

    Respectfully submitted,

/s/ _Ravika Rameshwar_____
ROBERT L. BLANK
Florida Bar No.:  0948497
E-mail:  rblank@rumberger.com
RAVIKA RAMESHWAR
Florida Bar No.:  123659
E-mail:  rrameshwar@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida  33601-3390
Telephone:  (813) 223-4253
Telecopier:  (813) 221-4752
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Todd R. Falzone, trf@kulaw.com and Josiah D. Graham, jdg@kulaw.com**.

>*/s Ravika Rameshwar*
>ROBERT L. BLANK
>Florida Bar No.: 0948497
>E-mail: rblank@rumberger.com
>RAVIKA RAMESHWAR
>Florida Bar No.: 123659
>E-mail: rrameshwar@rumberger.com
>RUMBERGER, KIRK & CALDWELL, P.A.
>100 North Tampa Street, Suite 2000
>Post Office Box 3390
>Tampa, Florida 33601-3390
>Telephone: (813) 223-4253
>Telecopier: (813) 221-4752
>
>*Attorneys for Defendants*

14734268.v1