UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-cv-60380-DIMITROULEAS/Hunt

JOSHUA GOLDSTEIN,

    Plaintiff,

vs.

STANLEY BLACK & DECKER, INC., BLACK
& DECKER (U.S.) INC., and HOME DEPOT
U.S.A. INC.,

    Defendants.

_____

## STIPULATION FOR DISMISSAL OF STANLEY BLACK & DECKER, INC.

    Plaintiff Joshua E. Goldstein and Defendant Stanley Black & Decker, Inc. ("SBD") hereby stipulate as follows:

    1.    SBD represents that it did not design, manufacture, distribute, or sell 20 Volt 3.0 lithium ion batteries model DCB230 (the "subject battery") and is therefore not a proper party for this lawsuit.

    2.    Defendant Black & Decker (U.S.) Inc. admits that it designed, manufactured, distributed, or sold the subject battery.

    3.    Accordingly, the parties stipulate that SBD should be dismissed without prejudice, with each party bearing its own costs and fees. The parties agree the attached Order Dismissing Stanley Black & Decker, Inc. Without Prejudice should be entered by the Court.

Dated: March 15, 2021

| | |
|---|---|
| */s/ Todd R. Falzone*<br>TODD R. FALZONE<br>Florida Bar No. 975184<br>Email: trf@kulaw.com<br>JOSIAH D. GRAHAM<br>Florida Bar No. 115123<br>Email: jdg@kulaw.com<br>KELLY UUSTAL<br>500 North Federal Highway, Suite 2000<br>Fort Lauderdale, Florida 33301<br>Telephone:  (954) 522-6601<br>Telecopier: (954) 522-6608<br>*Attorneys for Plaintiff* | */s/ Ravika Rameshwar*<br>ROBERT L. BLANK, B.C.S.<br>Florida Bar No. 0948497<br>E-mail:  rblanksecy@rumberger.com (primary)<br>E-mail:  docketingtpa@rumberger.com (secondary)<br>RAVIKA RAMESHWAR<br>Florida Bar No. 123659<br>E-mail: rrameshwar@rumberger.com (primary)<br>E-mail: docketingtpa@rumberger.com and<br>rrameshwarsecy@rumberger.com (secondary)<br>RUMBERGER, KIRK & CALDWELL, P.A.<br>Post Office Box 3390<br>Tampa, Florida  33601-3390<br>Telephone:  (813) 223-4253<br>Telecopier:  (813) 221-4752<br>*Attorneys for Defendants* |

Respectfully submitted,

*/s Ravika Rameshwar*
ROBERT L. BLANK
Florida Bar No.:  0948497
E-mail:  rblank@rumberger.com
RAVIKA RAMESHWAR
Florida Bar No.:  123659
E-mail:  rrameshwar@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida  33601-3390
Telephone:  (813) 223-4253
Telecopier:  (813) 221-4752

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 15, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Todd R. Falzone, trf@kulaw.com and Josiah D. Graham, jdg@kulaw.com**.

/s *Ravika Rameshwar*
ROBERT L. BLANK
Florida Bar No.: 0948497
E-mail: rblank@rumberger.com
RAVIKA RAMESHWAR
Florida Bar No.: 123659
E-mail: rrameshwar@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752

*Attorneys for Defendants*

14816591.v1