**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:  21-cv-60380-DIMITROULEAS/Hunt**

JOSHUA GOLDSTEIN,

        Plaintiff,

vs.

STANLEY BLACK & DECKER, INC., BLACK
& DECKER (U.S.) INC., and HOME DEPOT
U.S.A. INC.,

        Defendants.

_____

## <u>JOINT NOTICE OF SELECTION OF MEDIATOR</u>

Plaintiff, Joshua Goldstein, and Defendants, Black & Decker (U.S.) Inc., and Home Depot U.S.A. Inc. (collectively, the "Parties"), through their respective counsel, file this Notice of Selection of Mediator in response to the Court's Amended Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge (D.E. 16) (the "Amended Order"), and respectfully show the Court as follows:

The Parties have agreed to select mediator Steven R. Jaffe of Upchurch Watson White & Max, One Biscayne Tower, 2 South Biscayne Boulevard, Suite 2030, Miami, FL 33131 to mediate the Parties' dispute at a location agreeable to the Parties and Mr. Jaffe.  The Parties will coordinate dates with Mr. Jaffe's office for a mediation to take place before the deadline set forth in the Amended Order.

DATED:  March 31, 2021

/s/ Todd R. Falzone

TODD R. FALZONE
Florida Bar No. 975184
Email: trf@kulaw.com
JOSIAH D. GRAHAM
Florida Bar No. 115123
Email: jdg@kulaw.com
KELLY UUSTAL
500 North Federal Highway, Suite 2000
Fort Lauderdale, Florida 33301
Telephone:  (954) 522-6601
Telecopier: (954) 522-6608
*Attorneys for Plaintiff*

/s/ Ravika Rameshwar

ROBERT L. BLANK, B.C.S.
Florida Bar No. 0948497
E-mail:  rblanksecy@rumberger.com (primary)
E-mail:  docketingtpa@rumberger.com (secondary)
RAVIKA RAMESHWAR
Florida Bar No. 123659
E-mail: rrameshwar@rumberger.com (primary)
E-mail: docketingtpa@rumberger.com and
rrameshwarsecy@rumberger.com (secondary)
RUMBERGER, KIRK & CALDWELL, P.A.
Post Office Box 3390
Tampa, Florida  33601-3390
Telephone:  (813) 223-4253
Telecopier:  (813) 221-4752
*Attorneys for Defendants*

2

14891340.v1