UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-CV-60380-DIMITROULEAS/Hunt

JOSHUA E. GOLDSTEIN,

      Plaintiff,

vs.

BLACK & DECKER (U.S.) INC. AND
STANLEY BLACK & DECKER, INC.,

      Defendants.

_____/

**JOINT MOTION FOR ENTRY OF STIPULATED
CONFIDENTIALITY AND PROTECTIVE ORDER**

      The parties having agreed to the entry of the attached protective order and having complied with Local Rule 7.1, as evidenced by the signatures of their respective counsel below, hereby move this Court to approve and enter the attached Agreed Protective Order Regarding the Production of Confidential, Proprietary and Trade Secret Information to Plaintiff.

Dated:  January 7, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Todd R. Falzone* | */s/ Ligianette Cordova* |
| Todd R. Falzone, Esquire | Robert L. Blank, B.C.S. |
| Florida Bar No. 975184 | Florida Bar No. 0948497 |
| Josiah D. Graham, Esquire | Ligianette Cordova, Esquire |
| Florida Bar No. 115123 | Florida Bar No. 103271 |
| E-mail: trf@kulaw.com | Email: rblank@rumberger.com |
| E-mail: jdg@kulaw.com | E-mail: lcordova@rumberger.com |
| KELLEY \| UUSTAL | RUMBERGER, KIRK & CALDWELL, P.A. |
| 500 N. Federal Hwy., Suite 200 | 100 North Tampa Street, Suite 2000 |
| Ft. Lauderdale, Florida  33301 | Post Office Box 3390 |
| Telephone:  (954) 522-6601 | Tampa, Florida 33601-3390 |
| Telecopier:  (954) 522-6608 | Telephone:  (813) 223-4253 |
| *Attorneys for Plaintiff* | Telecopier:  (813) 221-4752 |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF to **Todd R. Falzone, trf@kulaw.com and Josiah D. Graham, jdg@kulaw.com** (Attorneys for Plaintiff) on January 7, 2022.

*s/ Ligianette Cordova*
ROBERT L. BLANK
Florida Bar No.:  0948497
E-mail:  rblank@rumberger.com
LIGIANETTE CÓRDOVA
Florida Bar No.:  103271
E-mail:  lcordova@rumberger.com
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida  33601-3390
Telephone:  (813) 223-4253
Telecopier:  (813) 221-4752

*Attorneys for Defendants*

16116332.v1